context in which courts have recognized a constitutional right to effective assistance of counsel in civil litigation is in immigration cases"). "If a client's chosen counsel performs below professionally acceptable standards, with adverse effects on the client's case, the client's remedy is not reversal, but rather a legal malpractice lawsuit against the deficient attorney." *Id.* at 1119.[1]

Accordingly, the judgment of the district court is AFFIRMED.

**ORDER**

SCOTT M. MATHESON, JR., Circuit Judge.

This matter is before the court on Mr. McKeighan's 28 U.S.C. § 2255 application for a certificate of appealability. In light of this court's September 8, 2011 order in related case no. 08–3204, this court lifts the June 6, 2011 order of abatement and dismisses this matter as moot without prejudice to Mr. McKeighan's later submitting a 28 U.S.C. § 2255 motion as an original filing. We grant Mr. McKeighan's motion to proceed in forma pauperis. A copy of this order shall stand as the mandate of the court.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James A. MCKEIGHAN, Defendant–**
**Appellant.**

**No. 11–3044.**

United States Court of Appeals,
Tenth Circuit.

Sept. 19, 2011.

Leon Patton, Scott C. Rask, Office of the United States Attorney, Kansas City, KS, for Plaintiff–Appellee.

James A. McKeighan, Leavenworth, KS, pro se.

Before LUCERO, GORSUCH and MATHESON, Circuit Judges.

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Mark Edward BROWN, Defendant—**
**Appellant.**

**No. 11–6101.**

United States Court of Appeals,
Tenth Circuit.

Sept. 20, 2011.

Jonathon E. Boatman, Kerry A. Kelly, Esq., Edward Joseph Kumiega, Esq., Mark A. Yancey, Office of the United States Attorney, Oklahoma City, OK, for Plaintiff–Appellee.

Mark Edward Brown, Coleman, FL, pro se.

1. We express no opinion on the representation of Ms. Johnson–Stanton's counsel.